# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 07-10234-01-MLB |
| | ) |
| STEPHEN J. SCHNEIDER,, | ) |
| d/b/a SCHNEIDER MEDICAL | ) |
| CLINIC | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MEMORANDUM AND ORDER ON
## DEFENDANT STEPHEN SCHNEIDER'S REQUEST FOR
## MODIFICATION OF CONDITIONS OF RELEASE

On November 4, 2008, Defendant Stephen J. Schneider filed a Motion for Modification of Conditions of Release (Doc. 388) asking for revisions in the Conditions of Release set by the Court on April 24, 2008. (Doc. 79.) Defendant seeks permission to travel within a 100 mile radius of Sedgwick County, Kansas in order to be able to perform his current employment. Defendant will still be subject to tracking by GPS monitoring during his travels.

Defendant advises that the Government objects to the requested modification. After conferring with the supervising officers in the U.S. Probation Office, the Court believes that the modification is justified considering Defendant's prior performance while on conditions of release and the fact that he will be subject to GPS monitoring. Therefore, Defendant's motion is GRANTED, and Condition No. 5 of the Conditions of

Release filed on April 24, 2008 (Doc. 79) are hereby modified as follows:

> Defendant shall abide by the following restrictions of place of abode or travel: Defendant shall not travel outside of Sedgwick County, Kansas, <u>except</u> (a) in connection with his current employment Defendant may travel within a 100 mile radius of Sedgwick County, Kansas, <u>for work purposes only</u>; and (b) Defendant may, with <u>prior written permission</u> from the Pretrial Officer, travel to the Greater Kansas City Kansas/Missouri area for purposes of meeting and conferring with counsel.  18 U.S.C. § 3142(c)(1)(B)(iv).

**IT IS SO ORDERED.**

Dated at Wichita, Kansas, this 4th day of November, 2009.

 s/ DONALD W. BOSTWICK
DONALD W. BOSTWICK
United States Magistrate Judge