## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**MONTI L. BELOT**
**Judge**

111 U.S. Courthouse
401 N. Market
Wichita, Kansas 67202
(316) 269-6519

March 5, 2010

ALL COUNSEL OF RECORD

    Re: United States v. Schneider, Case No. 07-10234-01,02

Dear Counsel:

    The government filed the third superceding indictment yesterday and I have reviewed the changes. By March 12, defense counsel must submit a letter which addresses any potential issues the new indictment raises with respect to preparing a schedule leading to a trial and the motions, if any, defense counsel intend to file pertaining to the new charges.

    In addition, there are several government motions that have not been responded to. I had originally set a response date of February 19 but that date was moved due to the information regarding the superceding indictment. By March 12, defendants must respond to all outstanding government motions and file a reply to the government's response to their motion to dismiss. During the week of March 15 I will hold another telephone conference to set new deadlines for any new motions, jury instructions and voir dire, as well as a trial date. Robert Moody will be in contact with you regarding the conference.

    Very truly yours,

    s/ Monti Belot

    Monti L. Belot