IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-10234-MLB |
| ) | |
| STEPHEN J. SCHNEIDER, ) | |
| and ) | |
| LINDA K. SCHNEIDER, a/k/a ) | |
| LINDA K. ATTERBURY, ) | |
| d/b/a SCHNEIDER MEDICAL CLINIC, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**GOVERNMENT'S TRIAL BRIEF REGARDING SUMMARY CHARTS**

The United States of America, by and through Assistant United States Attorney Tanya J. Treadway, hereby submits its Trial Brief Regarding Summary Charts. To make the presentation of evidence more efficient and helpful to the jury, the government will be offering numerous summary charts into evidence. This Trial Brief offers a brief discussion of the case law providing precedent for the admission of these summary charts, which the government understands the Court will rule upon during the course of trial.

DISCUSSION

"It is hard to imagine an issue on which a trial judge enjoys more discretion than as to whether summary exhibits will be helpful." *United States v. Milkiewicz*, 470 F.3d 390, 398 (1st Cir. 2006).

The Federal Rules of Evidence offer multiple options for an attorney who wishes to summarize complex evidence and bring it to the jury's attention in the form of a chart.

1

The various rules are not mutually exclusive. *See id.* at 395. Consequently, charts can be admitted under a combination of rules. *See State Office Systems, Inc. v. Olivetti Corporation of America*, 762 F.2d 843, 845-46 (10th Cir. 1985) (affirming admission of summary chart under Rules 1006, 701, and 702).

**Federal Rule of Evidence 1006**

As this Court is well aware, Federal Rule of Evidence 1006 allows the admission of charts that summarize voluminous evidence. Summaries that are otherwise admissible under Rule 1006 are not rendered inadmissible because the underlying documents have been admitted, in whole or in part, into evidence. *See Milkiewicz*, 470 F.3d at 396. Thus, while the evidence underlying Rule 1006 summaries need not be introduced into evidence, nothing in the rule forecloses a party from doing so. *See id*. Rule 1006 summary charts may be admitted in addition to the underlying documents to provide the jury with easier access to the relevant information, because the fact that the underlying documents are already in evidence does not mean that they can be conveniently examined in court. *See id.* at 396-97.

**Federal Rule of Evidence 611(a)**

In the Tenth Circuit, a Rule 611(a) chart is admissible if the evidence that forms the basis of the summary has previously been admitted. *See United States v. Stiger*, 413 F.3d 1185, 1198 (10th Cir. 2005); *United States v. Ray*, 370 F.3d 1039 (10th Cir. 2004). In *Stiger*, a complex drug case, the district court admitted (1) time lines, (2) a chart of total drug amounts, (3) a chart of drug amounts attributable to each defendant, and (4) a chart of drug prices – all of which derived from testimony admitted at trial. The

Tenth Circuit held that the district court properly admitted these charts under Rule 611(a). *See Stiger*, 413 F.3d at 1199. Other courts have ruled similarly.

In *United States v. Palazzo*, 2010 WL 1141644 (5th Cir. 2010), a Medicare fraud case charging the defendant psychiatrist with upcoding claims as to the services provided and as to who provided the services, the trial court admitted a chart showing the number of hours per day that the defendant claimed to have spent providing services. The Fifth Circuit ruled that such summary charts are admissible when:

(1) the chart is based on competent evidence before the jury;

(2) the primary evidence used to construct the charts is available to the other side for comparison in order that the correctness of the summary may be tested;

(3) the person who prepared the charts is available for cross-examination; and

(4) the jury is properly instructed concerning their consideration of the charts.

*United States v. Winn*, 948 F.2d 145, 159 (5th Cir. 1991). Furthermore, Rule 611(a) charts are admissible when they are sufficiently accurate and reliable. *See Milkiewicz*, 470 F.3d at 398.

**Federal Rule of Evidence 703**

The Court also has discretion under Rule 703 to provide the jury in some circumstances with the "facts or data" underlying an expert's opinion, and such material may be presented in the form of a summary chart. *Milkiewicz*, 470 F.3d at 397-98. As

with Rule 611(a) charts, Rule 703 charts may be sufficiently accurate and reliable such that they are admissible in evidence.  *See id.* at 398.

## CONCLUSION

The government submits that its summary charts will expedite the trial, will be helpful to the jury, will be fair, accurate, and reliable representations of the voluminous evidence, and will be properly admissible under Rules 1006, 611(a), and 703.

                Respectfully submitted,

                LANNY WELCH
                United States Attorney

                s/ Tanya J. Treadway

                Tanya J. Treadway #13255
                Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following individuals:

Lawrence W. Williamson, Jr.
218 Delaware, Suite 207
Kansas City, MO   64105

Kevin P. Byers
529 E. Town Street, Suite 200
Columbus, OH   43125-3456

Eugene V. Gorokhov
1739 Clarendon Blvd.
Arlington, VA   22209

David Phillip Leon
1540 N. Broadway, Suite 101
Wichita, KS   67214

                s/   Tanya J. Treadway
                Tanya J. Treadway #13255
                Assistant United States Attorney