## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**MONTI L. BELOT**
**Judge**

April 19, 2010

111 U.S. Courthouse
401 N. Market
Wichita, Kansas 67202
(316) 269-6519

ALL COUNSEL OF RECORD

    Re: United States v. Schneider, Case No. 07-10234-01,02

Dear Counsel:

    I have received the government's motion to compel compliance with reciprocal discovery. (Doc. 460). Due to the looming trial date, I have decided to deal with this motion by letter and without a response from defendants. In order to provide for an efficient trial, both parties must disclose, forty-eight hours in advance, the witnesses who will testify and identify any corresponding exhibits which will be introduced during the testimony.

    Very truly yours,

    s/ Monti Belot

    Monti L. Belot