

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN J. SCHNEIDER,<br>and<br>LINDA K. SCHNEIDER, a/k/a<br>LINDA K. ATTERBURY,<br>d/b/a SCHNEIDER MEDICAL CLINIC,<br><br>Defendants. | No. 07-10234-MLB |

## JOINT MOTION

**COMES NOW,** the parties in the above entitled matter and jointly file this Motion seeking an Order requiring the U.S. Marshals Service to produce the following detainee witnesses for deposition as follows:

| | |
|---|---|
| Name of Detainee: | Linda K. Schneider (Atterbury) |
| Custodian: | U.S. Marshals Service |
| Appearance is necessary on: | Friday, October 22, 2010 @ 9:00 a.m. |
| Location: | At the discretion of the U.S. Marshals |

| | |
|---|---|
| Name of Detainee: | Stephen J. Schneider, D.O. |
| Custodian: | U.S. Marshals Service |
| Appearance is necessary on: | Friday, October 22, 2010 @ 1:30 p.m. |
| Location: | At the discretion of the U.S. Marshal |

The above witnesses are not otherwise available by the ordinary process of the court. The individuals are key witnesses in the following civil actions: *Downs (Jones) v. Schneider, et al.* Sedgwick County Case No. 08 CV 4125; *Jiminez (Wescoat-Fowler) v. Schneider, et al.* Sedgwick County Case No. 09 CV 2651; *Moody (Ladomirak) v. Schneider, et al.* Sedgwick County Case No.

County Case No. 09 CV 1560; and *McClellan (Sawyer-McClellan) v. Schneider, et al.* Sedgwick County Case No. 09 CV 3109. Sedgwick County District Court Judge William Woolley previously entered an Order granting the parties leave to conduct the depositions. A copy of Judge Woolley's Order is attached hereto.

WHEREFORE, the parties request the Court grant the above and foregoing Motion and enter and Order requiring the U.S. Marshals Service to produce the above detainees on the dates and times as set forth above and under the additional terms as ordered by Judge Woolley.

Respectfully Submitted,

_____
Tina Huntington, #21303
BRENNAN LAW GROUP P.A.
2024 N. Woodlawn, Suite 405
Wichita, Kansas 67208

and _____
Larry Wall, #07732
LARRY WALL TRIAL LAW
2024 N. Woodlawn, Suite 405
Wichita, KS 67208
*Attorneys for Plaintiffs*

_____
Randy Troutt
Don Gribble
HITE FANNING & HONEYMAN, L.L.P.
100 N. Broadway, Suite 950
Wichita, KS 67202
*Attorneys for Schneider Medical Clinic*

/s/ Chris S Cole
Steven Day
Chris Cole  #16343
WOODARD, HERNANDEZ, ROTH & DAY, L.L.P.
257 N. Broadway, Suite 300
P.O. Box 127
Wichita, KS 67202
*Attorneys for Stephen Schneider, D.O.*

---

Greg Young
HINKLE ELKOURI LAW FIRM, L.L.C.
2000 Epic Center
301 N. Main
Wichita, Kansas 67202
*Attorney for Lawrence Simons, M.D.*

---

Mark Maloney
GILLILAND & HAYES P.A.
1300 EPIC Center
301 N. Main
Wichita, KS  67202
*Attorney for Connie White, P.A.*

_____
Steven Day
Chris Cole
WOODARD, HERNANDEZ, ROTH & DAY, L.L.P.
257 N. Broadway, Suite 300
P.O. Box 127
Wichita, KS 67202
*Attorneys for Stephen Schneider, D.O.*

_____
Greg Young
HINKLE ELKOURI LAW FIRM, L.L.C.
2000 Epic Center
301 N. Main
Wichita, Kansas 67202
*Attorney for Lawrence Simons, M.D.*


_____
Mark Maloney
GILLILAND & HAYES P.A.
1300 EPIC Center
301 N. Main
Wichita, KS 67202
*Attorney for Connie White, P.A.*

_____
Steven Day
Chris Cole
WOODARD, HERNANDEZ, ROTH & DAY, L.L.P.
257 N. Broadway, Suite 300
P.O. Box 127
Wichita, KS 67202
*Attorneys for Stephen Schneider, D.O.*


_____
Greg Young
HINKLE ELKOURI LAW FIRM, L.L.C.
2000 Epic Center
301 N. Main
Wichita, Kansas 67202
*Attorney for Lawrence Simons, M.D.*


*/s/ Mark R. Maloney*
Mark Maloney
GILLILAND & HAYES P.A.
1300 EPIC Center
301 N. Main
Wichita, KS 67202
*Attorney for Connie White, P.A.*