FILED
U.S. District Court
District of Kansas

OCT 20 2010

Clerk, U.S. ...
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN J. SCHNEIDER,<br>and<br>LINDA K. SCHNEIDER, a/k/a<br>LINDA K. ATTERBURY,<br>d/b/a SCHNEIDER MEDICAL CLINIC,<br><br>Defendants. | No. 07-10234-MLB |

### ORDER

NOW ON THIS 20th day of October, 2010, the above matter comes on for hearing on the joint Motion of the parties seeking an Order requiring the U.S. Marshals Service to produce detainees Linda K. Schneider (Atterbury) and Stephen J. Schneider, D.O. for deposition.

UPON the statements of counsel and being duly advised in the premises, the Court finds that the Motion should be granted.

IT IS THE ORDER OF THE COURT, that the U.S. Marshals Service shall produce detainees Linda K. Schneider (Atterbury) and Stephen J. Schneider, D.O. on the dates and times as set forth below and under the additional terms as ordered by Judge Woolley.

  Name of Detainee:  Linda K. Schneider (Atterbury)
  Custodian:  U.S. Marshals Service
  Appearance is necessary on:  Friday, October 22, 2010 @ 9:00 a.m.
  Location:  At the discretion of the U.S. Marshals

Name of Detainee:         Stephen J. Schneider, D.O.
Custodian:                U.S. Marshals Service
Appearance is necessary on: Friday, October 22, 2010 @ 1:30 p.m.
Location:                 At the discretion of the U.S. Marshal

IT IS SO ORDERED.

_____
HONORABLE MONTI L. BELOT
U.S. DISTRICT COURT JUDGE